**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CE DESIGN LTD., individually and as the representative for a class of similarly-situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 07 C 66 |
| v. | ) ) | Hon. Judge John W. Darrah |
| EXTERIOR SYSTEMS, INC. d/b/a NORANDEX REYNOLDS DISTRIBUTION COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S MEMORANDUM REGARDING FINAL
<u>APPROVAL OF CLASS ACTION SETTLEMENT</u>**

Plaintiff, CE DESIGN LTD. ("Plaintiff"), on behalf of itself and a class of similarly-situated persons (identified herein as the "Settlement Class"), respectfully requests that this Court enter an order finally approving the proposed Class Settlement Agreement (the "Settlement Agreement"). A proposed *Final Approval of Settlement Agreement and Judgment* is attached hereto as Exhibit 1.

1. This case alleged that Defendant sent advertising faxes in violation of the federal Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. The TCPA provides statutory damages of $500 per violation, with trebling permitted if the violation is knowing or willful. Defendant denied Plaintiff's allegations, but agreed to settle.

2. The parties submitted their settlement for court approval and this Court preliminarily approved the Settlement Agreement on October 16, 2007.

3. As the Court ordered, the Class was notified about the settlement. *See* Exhibit 2 (Affidavit of Andrew Barnett regarding notice by fax) and Exhibit 3 (Affidavit of Ryan M. Kelly

regarding notice by mail).

4. The settlement was well received by the Class. No class member objected. No class member opted out. Every class member will receive a cash payment.

5. The settlement provides a common fund of $315,334.00.

6. The Court should award Class Counsel one-third of the common fund, or $105,111.33, as attorney's fees. *Gaskill v. Gordon*, 160 F. 3d 361, 362 (7th Cir. 1998) (addressing class counsel fees in a common fund case and explaining, "The typical contingent fee is between 33 and 40 percent; but in recognition of the fixed-cost component in litigation, it is usually smaller when as in this case a multimillion dollar judgment is obtained."). Also, the Court should award Class Counsel $575 for expenses. Class Counsel undertook the case on a contingency basis and recovered a pool of money to pay the Class.

7. Additionally, the Court should award Plaintiff an incentive payment of $9,500.00. *Cook v. Niedert,* 142 F.3d 1004, 1016 (7th Cir. 1998) ("Because a named plaintiff is an essential ingredient of any class action, an incentive award is appropriate if it is necessary to induce an individual to participate in the suit."). Here, the case could not have happened without Plaintiff's assistance as the case needed a class representative willing to step forward and assist in the prosecution of the case.

8. After deducting the requested attorney's fees and incentive payment, each class member will receive a payment of approximately $400.

9. Pursuant to the Settlement Agreement, checks issued to the Settlement Class members will be void 91 days after issuance. Any funds remaining in the Settlement Fund 92 days after the settlement's Effective Date will be paid as a *cy pres* award to a charity approved by the Court. Class Counsel request that the Court approve Prairie State Legal Services, 325

West Washington Street, Suite 100, Waukegan, Illinois 60085—a legal assistance organization providing free legal services to low income persons and persons over 60 years of age—to receive the award of any excess funds.

      WHEREFORE, the Court should approve the settlement. A proposed *Final Approval of Settlement Agreement and Judgment* is attached hereto as Exhibit 1.

                                    Respectfully submitted,

                                    /s Phillip A. Bock
                                  One of Plaintiff's Attorneys

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| ANDERSON + WANCA | DIAB & BOCK LLC |
| 3701 Algonquin Road, Suite 760 | 134 N. La Salle St., Suite 1000 |
| Rolling Meadows, IL 60008 | Chicago, IL 60602 |
| Telephone: 847/368-1500 | Telephone: 312/658-5500 |

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that he caused a copy of the foregoing Motion to be served upon counsel of record via the Court's ECF system.

/s Phillip A. Bock
Phillip A. Bock