IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

CE DESIGN LTD., an Illinois corporation, )
individually and as the representative of a class )
of similarly-situated persons, )
                                                           )
                       Plaintiff, )
                                                           )
               v.                               )   No. 07 C 66
                                                           )   Honorable Judge John W. Darrah
EXTERIOR SYSTEMS, INC. d/b/a )
NORANDEX REYNOLDS DISTRIBUTION )
COMPANY, )
                                                           )
                     Defendant. )

## AFFIDAVIT OF ANDREW BARNETT

ANDREW BARNETT, being first duly sworn on oath, deposes and states as follows:

1. That I have personal knowledge of the facts and matters alleged herein and can competently testify to same.

2. That I am an employee of PROFAX, Inc., 20 Max Avenue, Hicksville, NY 11801, and was responsible for conducting a fax broadcast requested by the law firm of Anderson + Wanca.

3. That attached hereto as Exhibit A is a true and correct copy of the document that was requested to be sent by fax.

4. That on October 26, 2007, I was provided a list of 552 fax numbers to send Exhibit A by fax.

5. That on October 26, 2007, PROFAX, Inc. sent Exhibit A to each of the fax numbers. 479 transmissions were successful and 73 transmissions failed.

FURTHER AFFIANT SAYETH NOT.

_____
Andrew Barnett     12/4/07

SUBSCRIBED and SWORN to before me
this _4th_ day of December, 2007.

_____
Notary Public

OFFICIAL SEAL
JUDITH L. SIANO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2/07/2008

**You received this notice of a lawsuit settlement because your company is identified on a list of companies to which Defendant sent advertising faxes.**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CE DESIGN LTD., individually and as the representative for a class of similarly-situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 07 C 66 |
| v. | ) ) | Hon. Judge John W. Darrah |
| EXTERIOR SYSTEMS, INC. | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT

TO: All 1,892 persons (including individuals, entities, and organizations of any kind of nature) to which Exterior Systems, Inc., or anyone acting on its behalf, sent faxes advertising the commercial availability of any property, goods, or services without prior express permission or invitation and with whom no established business relationship existed (hereinafter, the "Class").

The Court ordered us to send you this Notice because you appear to be a member of the Class. Your fax number was included on a list of 1,892 fax numbers provided by the Defendant. This Notice explains the nature of the lawsuit and the settlement terms and informs you of your legal rights and obligations.

A. **WHAT THIS LAWSUIT IS ABOUT**: This action is pending in the United States District Court for the Northern District of Illinois. Plaintiff alleged that Defendant violated the federal Telephone Consumer Protection Act ("TCPA"). Defendant denied Plaintiff's allegations and raised defenses to Plaintiff's claims.

B. **THE PROPOSED SETTLEMENT**: The Court granted preliminary approval of a class-wide settlement, and certified the settlement class defined above, subject to a final fairness hearing that will occur on December 6, 2007, at 1:30 p.m., in Room 1203 of the United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

Plaintiff and Defendant have agreed to the settlement described below. If you remain in the Class, you will be sent a check for your portion of the proceeds. If you do not wish to be bound by the settlement, you must opt-out as described below.

    1. **Recovery to Class Members**: Defendant has created a settlement fund of $315,334.00. The costs of class notice (approximately $250.00) will be paid from the Settlement Fund. If the Court grants final approval to the Settlement, each Class member that does not exclude itself, will received a *pro rata* share (not to exceed $500.00) of that settlement fund by check, void after 90 days of issuance. Any money remaining in the settlement fund, after deducting the incentive award to Plaintiff, the attorneys' fees and expenses to Plaintiff's attorneys, and payments to the Class members, will be paid to a charity approved by the Court.

    2. **Further Prosecutions Enjoined**: On the Effective Date of the settlement, Plaintiff and the Class members who do not opt out as described below will be forever barred and permanently enjoined from directly, indirectly, representatively or in any other capacity, filing, commencing, prosecuting, continuing, litigating, intervening in, participating in as class members or otherwise, or receiving any benefits or other relief from any other lawsuit, any other arbitration, or any other administrative, regulatory, or other proceeding

Barnett - Ex. A

against Defendant in any jurisdiction based on or relating in any way whatsoever to the claims and causes of action, or the facts or circumstances relating thereto, in or underlying the Litigation or the settled claims as defined in the Agreement; and all persons shall be forever barred and permanently enjoined from filing, commencing, or prosecuting any other lawsuit as a class action against Defendant (including by seeking to amend a pending complaint to include class allegations or by seeking class certification in a pending action in any jurisdiction) on behalf of Class members who have not timely excluded themselves from the Class if such other lawsuit is based on or related to the claims and causes of action or the facts and circumstances relating thereto, in this Litigation and/or the settled claims.

3. **Incentive Award and Attorney's Fees:** Plaintiff's counsel will request the Court to approve an incentive award of up to $9,500 to Plaintiff for its services as the representative of the Class. Plaintiff's counsel will also request an award of costs and attorney's fees equal to one-third of the Settlement Fund.

C. **CORRECT NAME:** If the company to which this Notice was addressed has dissolved or gone out of business, send a note to Plaintiff's counsel explaining who you are and why the claim belongs to you and include any supporting documentation. Plaintiff's attorneys are identified below.

D. **FAIRNESS HEARING:** The Court will hold a hearing about the fairness of the proposed settlement. That fairness hearing will take place on December 6, 2007, at 1:30 p.m., in Room 1203 in the United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604. You are **not** obligated to attend this hearing unless you object to the settlement. The fairness hearing may be continued to a future date without further notice.

E. **YOUR THREE OPTIONS:**

1. **Do nothing and receive a check:** If you do nothing, you will remain a member of the Class. You will receive a check for your share of the recovery from the settlement fund (up to $500.00) at the address you received this notice. You will be bound by the judgment and be bound by the injunction against prosecuting claims against Defendant and you will ultimately release your claims against Defendant.

2. **You can opt-out of the settlement:** You have the right to exclude yourself from both the class action and the settlement by filing a written request for exclusion with the Clerk of United States District Court, 219 S. Dearborn St., Chicago, IL 60604. Your request for exclusion must be postmarked on or before November 22, 2007, and it must list your name, fax number, street address, and the name and number of this case. You must also serve copies of the request for exclusion on the attorneys for the Plaintiff and for the Defendant, at the following addresses, postmarked by the same date:

Plaintiff's Counsel
Phillip A. Bock
Diab & Bock, LLC
134 N. La Salle St., Suite 1000
Chicago, IL 60602

Defendant's Counsel
Steven J. Seidman
Seidman Law Offices
20 S. Clark St. Suite 700
Chicago, IL 60603

Brian J. Wanca
Anderson + Wanca
3701 W. Algonquin, Suite 760
Rolling Meadows, IL 60008

3. **You can object to the settlement:** If you object to the settlement, and wish to submit an objection rather than simply excluding yourself from the class action, you must submit your objection in writing to the Clerk of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago IL 60604. The objection must be postmarked by November 22, 2007, and must refer to the name and number of the case. You must also serve copies of your objection on each of the attorneys for the Plaintiff and for the Defendant listed above, postmarked by the same date. Any objection must include your name, fax number, and street address, the name and number of this case, and a statement of the reasons why you believe that the

Court should find that the proposed settlement is not in the best interests of the Class. If you file an objection and wish it to be considered, <u>you must also appear</u> at the final approval hearing before Judge John W. Darrah in Room 1203 on December 6, 2007, at 1:30 p.m. YOU ARE NOT REQUIRED TO ATTEND THIS HEARING UNLESS YOU PLAN TO OBJECT TO THE SETTLEMENT. Please note that it is not sufficient to simply state that you object. You must state reasons why you believe the settlement should not be approved.

If the Court does not approve the settlement, the case will proceed as if no settlement has been attempted. There can be no assurance that if the settlement is not approved, the Class will recover more than is provided in the settlement or anything at all.

This description of the case is general and does not cover all of the issues and proceedings. To review the court file, including a copy of the settlement agreement, you should visit the office of the Clerk of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL 60604. The Clerk will make the files relating to the lawsuit available to you for inspection and copying at your own expense.

**F.** **INQUIRIES:** Any questions concerning this Notice should be directed to attorney Phillip A. Bock. You can call him at 312-658-5500. <u>Include the case number, your name, your fax number, and your current street address on any letters, not just the envelope.</u> Do not contact the Clerk of the Court or the Defendant's attorneys, because they cannot answer your questions or give you advice about this settlement.

BY ORDER OF THE COURT
HONORABLE JUDGE JOHN W. DARRAH

3

Barnett - Ex. A